UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV329

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER FOR STAY** |
| v. | ) | |
| | ) | |
| $389,633.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | | |

This matter is before the Court on a joint motion by the United States and Hicks Helton, with counsel, to enter a stay of this civil forfeiture case pursuant to 18 U.S.C. §981(g), pending resolution of a related criminal investigation.

The Court FINDS that a stay is warranted at this time in order to protect the integrity of the United States' investigation and the Fifth Amendment rights of Hicks Helton.

It is therefore ORDERED that this case is stayed until further order of the Court.

It is further ORDERED this stay shall be without prejudice to Hick Helton's right to file a claim, answer, and/or any other pleading or responsive motion within the time permitted by the Rules of Civil Procedure, with the applicable time period to begin running from the date the stay is lifted.

Signed: November 7, 2006

_____
Dennis L. Howell
United States Magistrate Judge